| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | ASEEM P. PADUKONE (CABN 298812)<br>ANDREW M. SCOBLE (CABN 124940) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6401/7369<br>FAX: (415) 436-7234 |
| 8 | Aseem.Padukone@usdoj.gov<br>Andrew.Scoble@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROGELIO BELLOSO ALEMAN, a/k/a "Smiley," et al.<br><br>  Defendants. | CASE NO. CR 19-00280 RS (JSC)<br><br>UNITED STATES' APPLICATION AND [PROPOSED] ORDER TO UNSEAL SECOND SUPERESDING INDICTMENT AND ARREST WARRANTS |

The United States, through undersigned counsel, respectfully moves this Court to unseal the Second Superseding Indictment and the accompanying arrest warrants in the above-captioned matter. The defendant whose whereabouts were unknown has been located, and therefore, it is no longer necessary for the documents to be sealed.

//

//

//

//

| | | |
|---|---|---|
| 1 | DATED: 11/12/2021 | Respectfully submitted, |
| 2 | | STEPHANIE M. HINDS |
| 3 | | Acting United States Attorney |
| 4 | | |
| 5 | | _____/s/_____ |
|   | | ASEEM PADUKONE |
|   | | ANDREW M. SCOBLE |
| 6 | | Assistant United States Attorneys |

## [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Second Superseding Indictment and the accompanying arrest warrants in the above-captioned matter be unsealed.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE JACQUELINE S. CORLEY
United States Magistrate Judge